IN THE SUPREME COURT OF NORTH CAROLINA

No. 290A19

Filed 28 February 2020

BOBBY G. BOLES, et al.

v.

TOWN OF OAK ISLAND


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 830 S.E.2d 878 (N.C. Ct. App. 2019), reversing and remanding an order granting defendant's motion for summary judgment entered on 2 May 2018 by Judge James Ammons Jr. in Superior Court, Brunswick County. Heard in the Supreme Court on 4 February 2020.

*Norman B. Smith, Steven B. Fox, and Mallory G. Horne for plaintiff-appellees.*

*Parker, Poe, Adams & Bernstein LLP, by Charles C. Meeker and Stephen V. Carey, and Crossley, McIntosh & Collier, by Brian E. Edes, for defendant-appellant.*

PER CURIAM.


We reverse the decision of the Court of Appeals for the reasons stated in the dissenting opinion.


REVERSED.